1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PAUL STEIN, State Bar No. 184956
   Supervising Deputy Attorney General
3  SHARON L. O'GRADY, State Bar No. 102356
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 510-3840
    Fax: (415) 703-1234
6   E-mail: Sharon.OGrady@doj.ca.gov
   *Attorneys for Defendants California Secure Choice*
7  *Retirement Savings Program and State Treasurer*
   *John Chiang*
8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | **HOWARD JARVIS TAXPAYERS** | 2:18-cv-01584-MCE-KJN
   | **ASSOCIATION, JONATHAN COUPAL,** |
13 | **and DEBRA DESROSIERS,** | **NOTICE OF APPEARANCE**

14 | Plaintiffs,

15 | v.

16 |
   | **THE CALIFORNIA SECURE CHOICE**
17 | **RETIREMENT SAVINGS PROGRAM and**
   | **JOHN CHIANG, in his official capacity as**
18 | **chair of the California Secure Choice**
   | **Retirement Savings Investment Board,**
19 |
   | Defendants.
20

21

22     The California Attorney General, counsel for defendants State Treasurer John Chiang and

23  the California Secure Choice Retirement Savings Program, hereby files this Notice of Appearance

24  to inform the Court of assigned counsel for Defendant in this proceeding.

25     //

26     //

27     //

28     //

Respondent hereby notifies the Court that the attorney with principal charge of the case is as follows:

> Sharon L. O'Grady, Deputy Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA  94102-7004
> Telephone:  (415) 510-3834
> E-mail:  Sharon.OGrady@doj.ca.gov

Dated:  June 8, 2018                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General


 /s/ *Sharon L. O'Grady*
SHARON L. O'GRADY
Deputy Attorney General
*Attorneys for Defendants California Secure Choice Retirement Savings Program and State Treasurer John Chiang*

SA2018101694
42006752.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *Howard Jarvis Taxpayer's Association, et al. v. The California Secure Choice Retirement Savings Program, et al.* | Case No. | **2:18-cv-01584-MCE-KJN** |

I hereby certify that on June 8, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 8, 2018, at San Francisco, California.

| M. Mendiola | /s/ *M. Mendiola* |
|---|---|
| Declarant | Signature |

SA2018101694
42007031.docx