Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD JARVIS TAXPAYERS ASSOCIATION, JONATHAN COUPAL, and DEBRA DESROSIERS,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA SECURE CHOICE RETIREMENT SAVINGS PROGRAM and JOHN CHIANG,<br><br>Defendants. | Case No. 2:18-cv-01584-MCE-KJN<br><br>**ORDER ALTERING BRIEFING SCHEDULE ON DEFENDANTS MOTION TO DISMISS PLAINTIFFS' "COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF"** |

Good cause having been shown, and in accordance with the stipulation of the parties, the Court hereby ORDERS THAT:

1. Plaintiffs' Opposition to Defendants' Motion to Dismiss, previously due to be filed on or before August 23, 2018, may be filed on or before August 30, 2018.

2. Defendants' Reply to Plaintiffs' Opposition to the Motion to Dismiss, previously due to be filed on or before August 30, 2018, may be filed on or before September 13, 2018.

3. The matter remains submitted and no oral argument will be held on the Motion, unless ordered by the Court, consistent with the Court's Order dated July 31, 2018 (ECF No. 12).

IT IS SO ORDERED.

Dated: August 9, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111