| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>State Bar No. 118517<br>PAUL STEIN<br>Supervising Deputy Attorney General<br>State Bar No. 184956<br>SHARON L. O'GRADY<br>Deputy Attorney General<br>State Bar No. 102356<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3834<br>Fax: (415) 703-1234<br>Email: Sharon.OGrady@doj.ca.gov<br><br>Attorneys for Defendants<br>CALSAVERS RETIREMENT SAVINGS PROGRAM AND FIONA MA | R. Bradford Huss, No. 71303<br>Angel L. Garrett, No. 255682<br>TRUCKER ✦ HUSS<br>A Professional Corporation<br>One Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 788-3111<br>Facsimile: (415) 421-2017<br>E-mail: bhuss@truckerhuss.com<br>         agarrett@truckerhuss.com<br><br>Joseph C. Faucher, No. 137353<br>TRUCKER ✦ HUSS<br>A Professional Corporation<br>15821 Ventura Blvd., Suite 510<br>Encino, CA 91436<br>Telephone: (213) 537-1016<br>Facsimile: (213) 537-1020<br>Email: jfaucher@truckerhuss.com |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD JARVIS TAXPAYERS ASSOCIATION, JONATHAN COUPAL, and DEBRA DESROSIERS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>THE CALIFORNIA SECURE CHOICE RETIREMENT SAVINGS PROGRAM and JOHN CHIANG, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE CALIFORNIA SECURE CHOICE RETIREMENT SAVINGS INVESTMENT BOARD,<br><br>  Defendants. | Case No. 2:18-cv-01584-MCE-KJN<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS CALSAVERS RETIREMENT SAVINGS PROGRAM AND FIONA MA TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF No. 25]; ORDER**<br><br>JUDGE: Hon. Morrison C. England, Jr. |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**

181901

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

1  Plaintiffs Howard Jarvis Taxpayers Association, Jonathan Coupal and Debra Desrosiers and
2  Defendants CalSavers Retirement Savings Program and Fiona Ma, in her official capacity as Chair
3  of the CalSavers Retirement Savings Program,[1] hereby agree and stipulate as follows:
4     1.     Plaintiffs' First Amended Complaint was filed on April 11, 2019.
5     2.     Pursuant to Fed.R.Civ.P. 15(a)(3), a response to the First Amended Complaint is due
6  to be filed on April 25, 2019.
7     3.     Defendants have advised Plaintiffs that they intend to file a motion to dismiss the
8  First Amended Complaint.
9     4.     Due to an impending federal court trial, and other conflicts, counsel for Defendants
10 will not be able to prepare the motion by the current April 25, 2019 response date, and have
11 requested an additional 30 days in which to do so.
12    5.     Plaintiffs have graciously agreed to Defendants' request for additional time.
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

---

[1] At the time this matter was filed, the California State Treasurer, and Chair of the CalSavers Retirement Savings Program Board, was John Chiang. Currently, those titles are held by Fiona Ma. Pursuant to Fed.R.Civ.P. 25(d), a public officer's successor is automatically substituted as a party in place of the originally named official.

1

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**
Case No: 2:18-cv-01584 MCE-KJN
181901

6. Counsel for the parties therefore stipulate, by and through their respective counsel of record, that Defendants may have an additional 30 days, until May 25, 2019, to respond to the First Amended Complaint.

DATED: April 17, 2019

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General

TRUCKER ✦ HUSS

By: /s/Joseph C. Faucher
Joseph C. Faucher
R. Bradford Huss
Attorneys for Defendants
CALSAVERS RETIREMENT SAVINGS PROGRAM AND FIONA MA

DATED: April 17, 2019

LAURA E. MURRAY

By: /s/Laura E. Murray
Laura E. Murray
Attorney for Plaintiffs

## ORDER

IT IS SO ORDERED.

Dated: April 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**
Case No: 2:18-cv-01584 MCE-KJN
181901