Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD JARVIS TAXPAYERS ASSOCIATION, JONATHAN COUPAL, and DEBRA DESROSIERS,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA SECURE CHOICE RETIREMENT SAVINGS PROGRAM and JOHN CHIANG,<br><br>Defendants. | Case No. 2:18-cv-01584-MCE-KJN<br><br>**ORDER ALTERING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' "FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF"** |

ORDER ALTERING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED PLAINTIFFS' COMPLAINT; Case No. 2:18-cv-01584-MCE-KJN

**Error! Unknown document property name.**

Good cause having been shown, and in accordance with the stipulation of the parties (ECF No. 35), the Court hereby ORDERS THAT:

1. Plaintiffs' Opposition to Defendants' Motion to Dismiss, previously due to be filed on or before July 25, 2019, may be filed on or before July 18, 2019.

2. Defendants' Reply to Plaintiffs' Opposition to the Motion to Dismiss will be due to be filed on or before August 1, 2019.

3. No oral argument will be held on the Motion, unless ordered by the Court, consistent with the Court's Order dated May 30, 2019. ECF No. 34.

IT IS SO ORDERED.

Dated: June 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION ALTERING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**; Case No. 2:18-cv-01584-MCE-KJN**
1

Error! Unknown document property name.