Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD JARVIS TAXPAYERS ASSOCIATION, JONATHAN COUPAL, and DEBRA DESROSIERS,<br><br>        Plaintiffs,<br><br>     vs.<br><br>THE CALIFORNIA SECURE CHOICE RETIREMENT SAVINGS PROGRAM and JOHN CHIANG,<br><br>        Defendants. | Case No. 2:18-cv-01584-MCE-KJN<br><br>**ORDER GRANTING REQUEST BY DEFENDANTS TO FILE REPLY TO STATEMENT OF INTEREST OF THE UNITED STATES** |

///

///

///

///

///

///

///

///

///

///

ORDER GRANTING REQUEST BY DEFENDANTS TO FILE REPLY TO STATEMENT OF INTEREST OF THE UNITED STATES; Case No. 2:18-cv-01584-MCE-KJN

184768.v1

1    Good cause having been shown, IT IS HEREBY ORDERED THAT:

2    Defendants may file a Reply to the Statement of Interest of the United States, not to exceed

3    15 pages, on or before October 15, 2019.

4

5    IT IS SO ORDERED.

6    Dated:  September 25, 2019

7

8                                                                      MORRISON C. ENGLAND, JR
                                                                       UNITED STATES DISTRICT JUDGE

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12ᵗʰ Floor
San Francisco, California  94111

ORDER GRANTING REQUEST BY DEFENDANTS TO FILE REPLY TO STATEMENT OF INTEREST OF THE
UNITED STATES; Case No. 2:18-cv-01584-MCE-KJN

1

184768.v1