# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD JARVIS TAXPAYERS ASSOCIATION, ET AL.,** <br><br> v. <br><br> **CALIFORNIA SECURE CHOICE RETIREMENT SAVINGS PROGRAM, ET AL.,** | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO: **2:18–CV–01584–MCE–KJN** |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/10/2020**

 

                                                  **Keith Holland**
                                                  Clerk of Court

ENTERED: **March 10, 2020**

                                        by: /s/ H. Huang
                                                 Deputy Clerk