JONATHAN M. COUPAL, CA State Bar No. 107815
TIMOTHY A. BITTLE, CA State Bar No. 112300
LAURA E. DOUGHERTY, CA State Bar No. 255855
Howard Jarvis Taxpayers Foundation
921 Eleventh Street, Suite 1201
Sacramento, CA 95814
Tel: (916) 444-9950
Fax: (916) 444-9823
Email: laura@hjta.org
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Howard Jarvis Taxpayers Association, Jonathan Coupal, and Debra Desrosiers,<br><br>Plaintiffs,<br><br>v.<br><br>The California Secure Choice Retirement Savings Program and John Chiang, in his official capacity as chair of the California Secure Choice Retirement Savings Investment Board,<br><br>Defendants. | No. 2:18-cv-01584-MCE-KJN<br><br>**NOTICE OF APPEAL** |

Plaintiffs Howard Jarvis Taxpayers Association, Jonathan Coupal, and Debra Desrosiers hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order (ECF No. 50) and Judgment (ECF No. 51) entered March 10, 2020, granting Defendants' Motion to Dismiss (ECF No. 30) without leave to amend.

DATED:
April 1, 2020

By: **/s/ Laura E. Dougherty**
Laura E. Dougherty, CA SBN 255855
Of Attorneys for Plaintiffs

JONATHAN M. COUPAL, CA State Bar No. 107815
TIMOTHY A. BITTLE, CA State Bar No. 112300
LAURA E. DOUGHERTY, CA State Bar No. 255855
Howard Jarvis Taxpayers Foundation
921 Eleventh Street, Suite 1201
Sacramento, CA 95814
Tel: (916) 444-9950
Fax: (916) 444-9823
Email: laura@hjta.org

Attorneys for Plaintiffs:
Howard Jarvis Taxpayers Association,
Jonathan Coupal, and Debra Desrosiers